UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Cr. No.: 6:07-cr-00270-GRA-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| Kenyatta Shontawn Hunter, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before this Court on request of counsel to have Defendant's federal sentence run concurrent with his state sentence. Defendant was initially sentenced before this court on September 13, 2007, to 188 months imprisonment for a felon in possession charge. Three months later, Defendant pled guilty to state charges and received a sentence concurrent to the federal sentence imposed in September. Defendant, on December 18th, 2008, filed an Application for Post-Conviction Relief (PCR). Judge D. Garrison Hill granted Defendant's PCR, in order to allow Defendant to be transferred to federal custody so that he can serve his state and federal sentences pursuant to the state plea agreement.

Having read Judge Hill's order, the undersigned, who sentenced Defendant on September 13, 2007 , has no objections to the Federal Bureau of Prisons taking custody of Defendant so that his state sentence runs concurrently with his previously-imposed federal sentence.

IT IS THEREFORE ORDERED that this Court has no objections to counsel's request.

**IT IS SO ORDERED.**

*G. Ross Anderson, Jr.*
Senior United States District Judge

August  12 , 2010
Anderson, South Carolina